ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JOSNE ISAA MORALES, | ) | |
| Petitioner, | ) | |
| v. | ) | CV 308-116 |
| WALT WELLS, Warden, | ) | |
| Respondent. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the above-captioned petition filed pursuant to 28 U.S.C. § 2241 is **DISMISSED**, and this case is **CLOSED**.

SO ORDERED this 13th day of March, 2009, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE